FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2008 APR -3 AM 9: 19

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

Case No. 8:08-Cr-152-T-27MAP

v.

21 U.S.C. §§ 959, 960 and 963
46 App., U.S.C., §§ 1903(a), (g) and (j)
18 U.S.C. § 2
21 U.S.C. § 853 (Forfeiture)
46 App., U.S.C. § 1904 (Forfeiture)

LUIS AUGUSTIN CAICEDO-VELANDIA
a/k/a/ "Don Luis"

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

From unknown date, but at least beginning in or about September 2000, through and including on or about the date of this Indictment, the defendant,

LUIS AUGUSTIN CAICEDO-VELANDIA,
a/k/a "Don Luis,"

who will first be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire and agree with other persons both known and unknown to the Grand Jury, to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance would be unlawfully imported into the United States, contrary to the provisions of Title 21, United States Code, Section 959(a).

All in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii).

## COUNT TWO

From unknown date, but at least beginning in or about September 2000, through and including in or about August 2006, the defendant,

LUIS AUGUSTIN CAICEDO-VELANDIA,
a/k/a "Don Luis,"

who will first be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire and agree with other persons both known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, contrary to the provisions of Title 46 Appendix, United States Code, Sections 1903(a) and 1903(g).

All in violation of Title 46 Appendix, United States Code, Section 1903(j) and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT THREE

From an unknown date, through on or about April 16, 2005, with the Middle District of Florida being the place at which the defendant will enter the United States, the defendant,

LUIS AUGUSTIN CAICEDO-VELANDIA,
a/k/a/ "Don Luis,"

did knowingly and intentionally aid and abet persons who were on board a vessel subject to the jurisdiction of the United States, and who first entered the United States in the Middle District of Florida, in knowingly and intentionally possessing with intent to

distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

In violation of Title 46 Appendix, United States Code, Sections 1903(a) and 1903(g), Title 18, United States Code, Section 2 and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT FOUR

From an unknown date, through on or about June 9, 2005, with the Middle District of Florida being the place at which the defendant will enter the United States, the defendant,

> LUIS AUGUSTIN CAICEDO-VELANDIA,
> a/k/a/ "Don Luis,"

did knowingly and intentionally aid and abet persons who were on board a vessel subject to the jurisdiction of the United States, and who first entered the United States in the Middle District of Florida, in knowingly and intentionally possessing with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

In violation of Title 46 Appendix, United States Code, Sections 1903(a) and 1903(g), Title 18, United States Code, Section 2 and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURES

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Sections 853,

Title 46 Appendix, United States Code, Section 1904, and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Counts Two through Four of this Indictment, punishable by imprisonment for more than one (1) year, the defendant,

> LUIS AUGUSTIN CAICEDO-VELANDIA,
> a/k/a "Don Luis,"

shall forfeit to the United States, pursuant to Title 46 Appendix, United States Code, Section 1904, and Title 28, United States Code, Section 2461(c), all of his interest in:

a. Property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

b. Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violation.

3. From his engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one (1) year, the defendant,

> LUIS AUGUSTIN CAICEDO-VELANDIA,
> a/k/a "Don Luis,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of his interest in:

a. Property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

b. Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been substantially diminished in value; or

    d. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By: _____
JEFFREY S. DOWNING
Assistant United States Attorney

_____
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

5

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LUIS AUGUSTIN CAICEDO-VELANDIA, a/k/a "Don Luis"

## INDICTMENT

Violations:

21 U.S.C. § 963
46 App. U.S.C. §§ 1903(a), (g), & (j)
18 U.S.C. § 2
46 App. U.S.C. § 1903(a) & (g)

A true bill,

_____
Foreperson

Filed in open court this 3rd day of April, A.D. 2008.

_____
Clerk

Bail $ _____

GPO 863 525